UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESUS GONZALEZ,

   Plaintiff,

v.   Case No: 8:15-cv-1515-T-36AAS

AMERICAN SECURITY INSURANCE
COMPANY,

   Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on November 1, 2016 (Doc. 35). In the Report and Recommendation, Magistrate Judge Sansone recommends that Austin & Laurato, P.A.'s Motion to Establish Lien Amount for Attorney's Fees and Costs (Doc. 32) be GRANTED to the extent that the Court enter an Order approving the charging lien, with the lien amount to be determined at the conclusion of the case, if appropriate, upon the filing of more detailed submissions. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 35) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The law firm of Austin & Laurato, P.A.'s Motion to Establish Lien Amount for Attorney's Fees and Costs (Doc. 32) is **GRANTED,** to the extent that the requirements for imposition of a charging lien have been met.

(3)     The amount of the lien will be determined at the conclusion of the case, if appropriate, upon the filing of more detailed submissions.

**DONE AND ORDERED** at Tampa, Florida on November 22, 2016.

*/s/ Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record